880

No. 98, Misc. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 101, Misc. KWASIZUR, ADMINISTRATRIX, *v.* CARDILLO, DEPUTY COMMISSIONER, ET AL. C. A. 3d Cir. Certiorari denied. *E. Herman Fuiman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for Cardillo; and *Bertram Bennett* for the Maritime Ship Cleaning & Maintenance Co. et al., respondents.

No. 118, Misc. COUNCIL *v.* CLEMMER, DIRECTOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 119, Misc. MINTON *v.* BRITTON, DEPUTY COMMISSIONER, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert H. McNeill* and *Harold L. Schilz* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for Britton, respondent.

No. 165, Misc. KELLY *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 169, Misc. GIBBS *v.* ASHE, WARDEN. Superior Court of Pennsylvania. Certiorari denied.

No. 175, Misc. PERKINS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.